Micha Star Liberty (SBN 215687)
**LIBERTY LAW**
1970 Broadway, Suite 700
Oakland, CA 94612
Telephone: (510) 645-1000
Facsimile: (888) 645-2008
E-mail: team@libertylaw.com

*Attorney for Plaintiffs Duwayne C. and Regina Schindler*

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REGINA SCHINDLER, an individual, DUWAYNE C., a minor, by and through his guardian ad litem REGINA SCHINDLER<br><br>Plaintiffs,<br><br>v.<br><br>MERCED CITY SCHOOL DISTRICT, operating as CHARLES WRIGHT ELEMENTARY SCHOOL; OLIVIA ZARATE, an individual employee; KEN COOPER, an individual employee; VERONICA VILLA, an individual employee; BRIAN MEISENHEIMER, an individual employee; DOUG COLLINS, and DOES 1 through 50, inclusive<br><br>Defendants. | Case No. 1:19-CV-01188-DAD-BAM<br><br>**STIPULATION AND ORDER TO CONTINUE MANDATORY SCHEDULING CONFERENCE**<br><br>Current Conference Date: December 3, 2019<br>Proposed Conference Date: December 19, 2019<br>Time: 8:30 a.m.<br>Court Room: 8 (6th Floor)<br>Honorable Barbara A. McAuliffe<br>U.S. Magistrate Judge<br><br>Case Removed to Federal Court: August 30, 2019 |

**IT IS HEREBY STIPULATED AND AGREED**, by and between Plaintiffs, Duwayne C. and Regina Schindler ("Plaintiffs"), and Defendants, Merced City School District, operating as Charles Wright Elementary School, Olivia Zarate, Ken Cooper, Veronica Villa, Brian Meisenheimer, and Doug Collins ("Defendants"), as follows:

/

1  WHEREAS, the Mandatory Scheduling Conference in this matter is currently scheduled before this Court on December 3, 2019;

WHEREAS, lead counsel for Plaintiffs, Micha Star Liberty, is out of state and unavailable on December 3, 2019 (*See* Declaration of Micha Star Liberty, filed concurrently herewith.)

THEREFORE, the Parties agree and stipulate that:

1. The Mandatory Scheduling Conference be continued from December 3, 2019 at 8:30 a.m., to December 19, 2019 at 8:30 a.m.

IT IS SO STIPULATED.

Dated: October 29, 2019

By: /s/ Micha Star Liberty
Micha Star Liberty (SBN 215687)
**LIBERTY LAW**
1970 Broadway, Suite 700
Oakland, CA 94612
Telephone: (510) 645-1000
E-mail: team@libertylaw.com
*Attorneys for Plaintiffs Duwayne C. and Regina Schindler*

Dated: October 29, 2019

By: /s/ James D. Weakley (as authorized on 10/28/19)
James D. Weakley (SBN 082853)
Weakley& Arendt, A Professional Corporation
5200 N. Palm Avenue, Suite 211
Fresno, CA 93704
Telephone: (559) 221-5256
Facsimile: (559) 221-5262
Email: Jim@walaw-fresno.com
*Attorneys for Merced City School District, operating as Charles Wright Elementary School, Ken Cooper, Veronica Villa, Brian Meisenheimer, and Doug Collins*

| | |
|---|---|
| Dated: October 29, 2019 | /s/ Derek J. Haynes (as authorized on 10/29/19) |
| | By: _____ |
| | Derek J. Haynes (SBN 264621) |
| | Porter Scott, A Professional Corporation |
| | 350 University Avenue, Suite 200 |
| | Sacramento, CA 95825 |
| | Telephone: (916) 929-1481 |
| | Facsimile: (916) 927-3706 |
| | Email: dhaynes@porterscott.com |
| | *Attorneys for Defendant Olivia Zarate* |

## ORDER

Having considered the Stipulation amongst the Parties and the Declaration of Micha Star Liberty in support thereof, the Mandatory Scheduling Conference in this matter is continued from December 3, 2019 at 8:30 a.m. to December 19, 2019 at 8:30 a.m.

IT IS SO ORDERED.

Dated: **October 30, 2019**     /s/ *Barbara A. McAuliffe*
                               UNITED STATES MAGISTRATE JUDGE