Micha Star Liberty (SBN 215687)
**LIBERTY LAW**
1970 Broadway, Suite 700
Oakland, CA 94612
Telephone: (510) 645-1000
Facsimile: (888) 645-2008
E-mail: team@libertylaw.com

*Attorney for Plaintiffs Duwayne C. and Regina Schindler*

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REGINA SCHINDLER, an individual, DUWAYNE C., a minor, by and through his guardian ad litem REGINA SCHINDLER<br><br>Plaintiffs,<br><br>v.<br><br>MERCED CITY SCHOOL DISTRICT, operating as CHARLES WRIGHT ELEMENTARY SCHOOL; OLIVIA ZARATE, an individual employee; KEN COOPER, an individual employee; VERONICA VILLA, an individual employee; BRIAN MEISENHEIMER, an individual employee; DOUG COLLINS, and DOES 1 through 50, inclusive<br><br>Defendants. | Case No. 1:19-CV-01188-DAD-BAM<br><br>**STIPULATION AND ORDER TO CONTINUE MANDATORY SCHEDULING CONFERENCE**<br><br>Current Conference Date: December 19, 2019<br>Proposed Conference Date: February 5, 2020<br>Time: 8:30 a.m.<br>Court Room: 8 (6th Floor)<br>Honorable Barbara A. McAuliffe<br>U.S. Magistrate Judge<br><br>Case Removed to Federal Court: August 30, 2019 |

**IT IS HEREBY STIPULATED AND AGREED**, by and between Plaintiffs, Duwayne C. and Regina Schindler ("Plaintiffs"), and Defendants, Merced City School District, operating as Charles Wright Elementary School, Olivia Zarate, Ken Cooper, Veronica Villa, Brian Meisenheimer, and Doug Collins ("Defendants"), as follows:

WHEREAS, the Mandatory Scheduling Conference in this matter is currently scheduled before this Court on December 19, 2019;

WHEREAS, lead trial counsel for Plaintiffs, Micha Star Liberty, is attending, in-person, a substantive hearing in another matter in the District Court for the Northern District of California, and is unavailable on December 19, 2019 (*See* Declaration of Micha Star Liberty, filed concurrently herewith.)

THEREFORE, the Parties agree and stipulate that:

1. The Mandatory Scheduling Conference be continued from December 19, 2019 at 8:30 a.m., to February 5, 2020 at 8:30 a.m.

IT IS SO STIPULATED.


Dated: November 25, 2019

By: /s/ Micha Star Liberty
Micha Star Liberty (SBN 215687)
**LIBERTY LAW**
1970 Broadway, Suite 700
Oakland, CA 94612
Telephone: (510) 645-1000
E-mail: team@libertylaw.com
*Attorneys for Plaintiffs Duwayne C. and Regina Schindler*

Dated: November 25, 2019

By: /s/ James D. Weakley (as authorized on 11/22/19)
James D. Weakley (SBN 082853)
Weakley & Arendt, A Professional Corporation
5200 N. Palm Avenue, Suite 211
Fresno, CA 93704
Telephone: (559) 221-5256
Facsimile: (559) 221-5262
Email: Jim@walaw-fresno.com
*Attorneys for Merced City School District, operating as Charles Wright Elementary School, Ken Cooper, Veronica Villa, Brian Meisenheimer, and Doug Collins*

- 2 –

| | |
|---|---|
| Dated: November 25, 2019 | /s/ Derek J. Haynes (as authorized on 11/22/19) |
| | By: _____ |
| | Derek J. Haynes (SBN 264621) |
| | Porter Scott, A Professional Corporation |
| | 350 University Avenue, Suite 200 |
| | Sacramento, CA 95825 |
| | Telephone: (916) 929-1481 |
| | Facsimile: (916) 927-3706 |
| | Email: dhaynes@porterscott.com |
| | *Attorneys for Defendant Olivia Zarate* |

- 3 –

# ORDER

Having reviewed the stipulation of the parties and the declaration of Micha Starr Liberty, counsel for Plaintiffs Regina Schindler and Duwayne C., the Court finds good cause to partially grant and partially deny the parties' request to continue the Initial Scheduling Conference in this action. Counsel's declaration states that she is unavailable only on December 19, 2019, and the parties otherwise have not addressed why a continuance of more than forty-five days is necessary. Accordingly, IT IS HEREBY ORDERED that the Initial Scheduling Conference currently set for December 19, 2019 is continued to **January 9, 2020 at 08:30 AM in Courtroom 8 (BAM) before Magistrate Judge Barbara A. McAuliffe**. A Joint Scheduling Report, carefully prepared and executed by all counsel/pro se parties, shall be electronically filed in CM/ECF one (1) full week prior to the Scheduling Conference, and shall be e−mailed, in Microsoft Word format, to bamorders@caed.uscourts.gov. The parties are encouraged to appear at the conference telephonically and may do so with each party using the following dial-in number and access code: **dial-in number 1-877-411-9748; access code 390866.**

IT IS SO ORDERED.

Dated: **November 25, 2019**          /s/ *Barbara A. McAuliffe*
                                      UNITED STATES MAGISTRATE JUDGE