Micha Star Liberty (SBN 215687)
Ian Hansen (SBN 255449)
**LIBERTY LAW**
1970 Broadway, Suite 700
Oakland, CA 94612
Telephone: (510) 645-1000
Facsimile: (888) 645-2008
Email: Team@libertylaw.com

Jordan Oslin (SBN 296659)
**THE BLOOM FIRM**
20700 Ventura Boulevard, Suite 301
Woodland Hills, CA 91364
Telephone: (818) 914-7397
Facsimile: (818) 884-8079
E-mail: Jordan@thebloomfirm.com

*Attorney for Plaintiffs DUWAYNE C.
and REGINA SCHINDLER*

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REGINA SCHINDLER, an individual, DUWAYNE C., a minor, by and through his *guardian ad litem* REGINA SCHINDLER<br><br>Plaintiffs,<br><br>v.<br><br>MERCED CITY SCHOOL DISTRICT, operating as CHARLES WRIGHT ELEMENTARY SCHOOL; OLIVIA ZARATE, an individual employee; KEN COOPER, an individual employee; VERONICA VILLA, an individual employee; BRIAN MEISENHEIMER, an individual employee; DOUG COLLINS, and DOES 1 through 50, inclusive<br><br>Defendants. | Case No. 1:19-CV-01188-DAD-BAM<br>[U.S. Magistrate Judge Barbara A. McAuliffe]<br><br>**NOTICE OF WITHDRAWAL OF COUNSEL JORDAN OSLIN**<br><br><br>Case Filed: June 27, 2018<br>Trial Date: TBD |

**TO THE ABOVE-ENTITLED COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE**  Jordan Oslin, Esq. of The Bloom Firm, as co-counsel for Plaintiffs in this matter, respectfully withdraws the appearance of counsel in the above-captioned matter. Micha Star Liberty and Ian Hansen of The Liberty Law Office will continue as counsel for Plaintiffs.

PLEASE TAKE FURTHER NOTICE that counsel for Plaintiffs respectfully request that Mr. Oslin's name be removed from all service lists, and that electronic notifications to his email address at Jordan@TheBloomFirm.com be discontinued with regard to this case via Court's EFC system and any other noticing lists.

Dated: March 31, 2020

By: /s/ Jordan Oslin
Jordan Oslin
The Bloom Firm
20700 Ventura Blvd., Suite 301
Woodland Hills, Ca 91364
*Former Attorneys for Plaintiffs Duwayne C. and Regina Schindler*

# CERTIFICATE OF SERVICE

REGINA SCHINDLER, et al. v. MERCED CITY SCHOOL DISTRICT, et al.
United States District Court – Eastern District of California
Case No. 1:19-CV-01188-DAD-BAM

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is The Bloom Firm which is located at 20700 Ventura Boulevard, Suite 301, Woodland Hills, California 91364.

On March 31, 2020 I served the following document on the interested parties using the Court's CM/ECF system pursuant to Local Rules:

**NOTICE OF WITHDRAWAL OF COUNSEL JORDAN OSLIN**

The above-referenced document was electronically filed with the Clerk of the Court using the CM/ECF system, which sent notification of that filing to the persons listed as follows:

PLEASE SEE ATTACHED SERVICE LIST.

[ X ]   **FEDERAL:**  I declare under penalty of perjury under the laws of the United States of America that I am employed in the offices of a member of the Bar of this Court at whose direction this service was made.

Executed on March 31, 2020 at Woodland Hills, California.

JENNY BATDORJ                             _____
(Print or Type Name)                              (Signature of Declarant)

## SERVICE LIST

James D. Weakley, Esq.
Ashley N. Reyes, Esq.
WEAKLEY & ARENDT, LLP
5200 North Palm Avenue, Suite 211
Fresno, California 93704
Email:  Jim@walaw-Fresno.com
            Ashley@walaw-Fresno.com


Derek J. Haynes (SBN 264621)
Barakah M. Amaral (SBN 298726)
PORTER SCOTT
A Professional Corporation
350 University Avenue, Suite 200
Sacramento, CA 95825
Telephone: (916) 929-1481
Facsimile: (916) 927-3706
Email: Dhaynes@porterscott.com
Email: Bamaral@porterscott.com


Micha Star Liberty (SBN 215687)
Ian Hansen (SBN 255449)
LIBERTY LAW
1970 Broadway, Suite 700
Oakland, CA 94612
Telephone: (510) 645-1000
Facsimile: (888) 645-2008
Email: Micha@Libertylaw.com
Email: Ian@Libertylaw.com