1  James D. Weakley, Esq.     Bar No. 082853
2  Ashley N. Reyes, Esq.      Bar No. 312120

       WEAKLEY & ARENDT
3      A Professional Corporation
       5200 N. Palm Avenue, Suite 211
4      Fresno, California 93704
       Telephone:  (559) 221-5256
5      Facsimile:  (559) 221-5262
       Jim@walaw-fresno.com
6      Ashley@walaw-fresno.com

7  Attorneys for Defendants, MERCED CITY SCHOOL DISTRICT operating as CHARLES
   WRIGHT ELEMENTARY, KEN COOPER, VERONICA VILLA, DOUG COLLINS; and
8  BRIAN MEISENHEIMER

9
           IN THE UNITED STATES DISTRICT COURT
10
           EASTERN DISTRICT OF CALIFORNIA
11

12  DUWAYNE C., a minor, by and through      ) CASE NO. 1:19-CV-01188-DAD-BAM
    his guardian ad litem REGINA SCHINDLER   )
13                                           ) **STIPULATION AND ORDER**
                     Plaintiffs,             ) **FOR JOINT REQUEST TO MODIFIY**
14                                           ) **THE SCHEDULING ORDER**
                  vs.                        )
15                                           )
    MERCED CITY SCHOOL DISTRICT,             )
16  operating as CHARLES WRIGHT              )
    ELEMENTARY SCHOOL; OLIVIA                )
17  ZARATE, an individual employee; KEN      ) Complaint Filed: June 27, 2018
    COOPER,  an individual employee;         ) Trial Date: TBA
18  VERONICA VILLA, an individual employee;  )
    BRIAN MEISENHEIMER, an individual        )
19  employee; DOUG COLLINS, and DOES 1       )
    through 50, inclusive,                   )
20                                           )
                     Defendants.             )
21                                           )

22         Plaintiff, Duwayne C., a minor, by and through his guardian ad litem Regina Schindler

23  (Plaintiff); Defendants Merced City School District, operating as Charles Wright Elementary

24  School; Ken Cooper, Veronica Villa, Brian Meisenheimer, Doug Collins, and Olivia Zarate

25  (Defendants), by and through their attorneys of record, stipulate as follows:

26

27

28
    Stipulation & Order to Modify Scheduling Order
    Case No. 1:19-cv-0118-DAD-BAM

                              1

## GOOD CAUSE STATEMENT RE MODIFICATION OF SCHEDULING ORDER

1.      On January 9, 2020, the Court entered its Scheduling Conference Order in this matter, which contained the relevant case management deadlines including the deadlines for completion of non-expert discovery, expert disclosures, expert discovery, and the filing of dispositive motions. [Doc. 16].

2.      At this stage of the litigation the parties have propounded written discovery and have participated in mediation. Due to circumstances outside of the parties' control, including the COVID-19 pandemic and sheltering in place orders the parties have been unable to take depositions. Although the case did not settle at mediation the parties now desire to continue settlement negotiations before incurring the costs of taking depositions.

3.      As such, the parties stipulate and agree that Good Cause exists for (1) a brief extension of the non-expert and expert discovery deadlines; (2) an extension of the dispositive motion filing and hearing deadlines. This is the first such request for a continuance of discovery deadlines in this matter.

## STIPULATION REGARDING SCHEDULING ORDER

1.      Accordingly, in light of the foregoing Good Cause, the parties hereby stipulate to and jointly request that the Court issue an Order modifying the operative scheduling order in this case along the following lines and/or in a manner comparable to the following proposed amended schedule:

| Event | Deadline | Amended Deadline |
|---|---|---|
| Non-Expert Discovery | November 20, 2020 | February 26, 2021 |
| Designation of Expert Witnesses | January 22, 2021 | April 23, 2021 |
| Rebuttal Designation of Expert Witnesses | February 12, 2021 | May 14, 2021 |
| Expert Discovery | March 19, 2021 | June 18, 2021 |
| Deadline to File Dispositive Motions | April 30, 2021 | July 30, 2021 |

| Pre-Trial Conference | TBD | |
|---|---|---|

IT IS SO STIPULATED

DATED:  October 2,2020                    WEAKLEY & ARENDT
                                         A Professional Corporation


                           By:   _____/s/ James D. Weakley_____
                                 James D. Weakley
                                 Ashley N. Reyes
                                 Attorneys for Defendants
                                 Merced City School District, Ken Cooper,
                                 Veronica Villa, Brian Meisenheimer, and Doug
                                 Collins

                                 PORTER SCOTT
                                 A Professional Corporation
DATED: October 2, 2020
                           By:   _____/s/Derek J. Haynes[1]_____
                                 Derek J. Haynes
                                 Barakah Amaral
                                 Attorneys for Defendant Olivia Zarate


DATED: October 2, 2020                    LIBERTY LAW


                           By:   _____/s/ Micha Star Liberty[2]_____
                                 Micha Star Liberty
                                 Attorney for Plaintiff

---

[1] Electronic signature authorized October 1, 2020.
[2] Electronic signature authorized September 30, 2020.

Stipulation & Order to Modify Scheduling Order
Case No. 1:19-cv-0118-DAD-BAM

3

1

## ORDER

2

According to the stipulation, the parties seek to modify the Scheduling Order in order to

3

engage in further settlement discussions.  Generally, settlement discussions, in and of

4

themselves, are not good cause to modify a scheduling order.  *See Gerawan Farming, Inc. v.*

5

*Rehrig Pacific Co.*, 2013 WL 645741, at *5 (E.D. Cal. Feb. 21, 2013).  However, the parties

6

also report that due to circumstances outside of their control, including the COVID-19

7

pandemic and sheltering in place orders, the parties have been unable to take depositions.  In

8

light of these circumstances, the Court finds good cause supporting modification of the

9

Scheduling Order.  Accordingly, IT IS HEREBY ORDERED that, the Court's Scheduling

10

Order [Doc. 16] is hereby modified and reset to the following:

11

12

13

| Event | Deadline | Amended Deadline |
|-------|----------|------------------|
| Non-Expert Discovery | November 20, 2020 | February 26, 2021 |
| Designation of Expert Witnesses | January 22, 2021 | April 23, 2021 |
| Rebuttal Designation of Expert Witnesses | February 12, 2021 | May 14, 2021 |
| Expert Discovery | March 19, 2021 | June 18, 2021 |
| Deadline to File Dispositive Motions | April 30, 2021 | July 30, 2021 |

14

15

16

17

18

The Pretrial Conference remains as scheduled for November 1, 2021.  (Doc. No. 25.)

19

The parties are cautioned that further modifications of the Scheduling Order will not be granted

20

absent a demonstrated showing of good cause.  Fed. R. Civ. P. 16(b).  Good cause may consist

21

of the inability to comply with court orders in light of the COVID-19 pandemic.  Any such

22

further difficulties should be explained.

23

IT IS SO ORDERED.

24

25

Dated:   __October 5, 2020__                     ___/s/ Barbara A. McAuliffe___

26

UNITED STATES MAGISTRATE JUDGE

27

28

Stipulation & Order to Modify Scheduling Order
Case No. 1:19-cv-0118-DAD-BAM