UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DUWAYNE C., a minor, by and through his guardian ad litem REGINA SCHINDLER,<br><br>Plaintiff,<br><br>v.<br><br>MERCED CITY SCHOOL DISTRICT, operating as CHARLES WRIGHT ELEMENTARY SCHOOL; OLIVIA ZARATE, an individual employee; KEN COOPER, an individual employee; VERONICA VILLA, an individual employee; BRIAN MEISENHEIMER, an individual employee; DOUG COLLINS, an individual employee; and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No. 1:19-cv-01188-DAD-BAM<br><br>**ORDER TO RECAPTION CASE** |

On September 1, 2020, the parties filed a stipulation for voluntary dismissal of Plaintiff Regina Schindler's individual claims against all defendants in this action with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). (Doc. No. 34.) On September 8, 2020, the Court issued an order confirming that, in light of the stipulated dismissal, Plaintiff Regina Schindler's individual claims against all defendants were terminated by operation of law without further order from the Court. (Doc. No. 35.) Notwithstanding the dismissal of her claims, Regina Schindler continued to serve as guardian ad litem for Plaintiff Duwayne C. (*See id.*) The Clerk of Court accordingly terminated Plaintiff Regina Schindler as an individual plaintiff on the docket.

Therefore, the caption should reflect that this action proceeds only on behalf of Duwayne C., a minor, by and through his guardian ad litem Regina Schindler, and no longer proceeds on

1

behalf of Regina Schindler, an individual.  The caption for this case shall be as reflected above, and the docket shall be corrected accordingly.

IT IS SO ORDERED.

Dated:  **November 4, 2020**         /s/ *Barbara A. McAuliffe*         _
                                         UNITED STATES MAGISTRATE JUDGE