# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DUWAYNE C., | Case No. 1:19-cv-01188-DAD-BAM |
| Plaintiff, | ORDER GRANTING REQUEST FOR TELEPHONIC APPEARANCE |
| v. | (ECF No. 44) |
| MERCED CITY SCHOOL DISTRICT, | |
| Defendant. | |

A settlement conference is set in this action for December 15, 2020, at 11:00 a.m. in Courtroom 9 before the undersigned. On November 24, 2020, counsel filed a request for Plaintiff to appear telephonically at the settlement conference.

The Court finds good cause exists to grant the request.

Accordingly, IT IS HEREBY ORDERED that Defendant's request for a telephonic appearance is GRANTED. Defense counsel shall provide Olivia Zarate with the information to call into the conference via Zoom.

IT IS SO ORDERED.

Dated:   **November 30, 2020**

_____
UNITED STATES MAGISTRATE JUDGE

1