**IN THE UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DUWAYNE C., a minor, by and through his guardian ad litem REGINA SCHINDLER<br><br>Plaintiffs,<br><br>vs.<br><br>MERCED CITY SCHOOL DISTRICT, operating as CHARLES WRIGHT ELEMENTARY SCHOOL; OLIVIA ZARATE, an individual employee; KEN COOPER, an individual employee; VERONICA VILLA, an individual employee; BRIAN MEISENHEIMER, an individual employee; DOUG COLLINS, and DOES 1 through 50, inclusive,<br><br>Defendants. | CASE NO. 1:19-CV-01188-DAD-BAM<br><br>**ORDER GRANTING DEFENDANTS' REQUEST TO SEAL DOCUMENTS**<br><br>(Doc. No. 46.) |

Currently before the Court is Defendants Doug Collins, Ken Cooper, Brian Meisenheimer, Merced City School District, and Veronica Villa's ("District Defendants") Request to Seal Documents pursuant to Local Rule 141. (Doc. No. 46.) District Defendants request to seal the unredacted versions of the Memorandum of Points and Authorities in Support of District Defendants' Motion to Compel Production of Records Pursuant to Subpoena Duces Tecum (Doc. No. 41-1) and Declaration of Ashley N. Reyes in Support of District Defendants' Motion to Compel Production of Records Pursuant to Subpoena Duces Tecum (Doc. No. 41-2). District Defendants request that these documents be sealed because they inadvertently included the minor plaintiff's full last name and date of birth, which should have been redacted pursuant to Federal Rule of Civil Procedure 5.2. (Doc. No. 46 at 2.)

1

Having reviewed District Defendants' Notice of Request to Seal Documents, District Defendants' Request to Seal Documents, the proposed redacted documents, and the proposed sealed documents, and GOOD CAUSE appearing, IT IS HEREBY ORDERED as follows:

1. District Defendants' Request to Seal Documents (Doc. No. 46) is GRANTED;
2. The Clerk of the Court is DIRECTED to SEAL Docket Numbers 41-1 (Memorandum of Points and Authorities in Support of District Defendants' Motion to Compel Production of Records Pursuant to Subpoena Duces Tecum) and 41-2 (Declaration of Ashley N. Reyes in Support of District Defendants' Motion to Compel Production of Records Pursuant to Subpoena Duces Tecum); and
3. Within three (3) days of the date of this Order, District Defendants SHALL FILE the redacted versions of the Memorandum of Points and Authorities in Support of District Defendants' Motion to Compel Production of Records Pursuant to Subpoena Duces Tecum and the Declaration of Ashley N. Reyes in Support of District Defendants' Motion to Compel Production of Records Pursuant to Subpoena Duces Tecum.

IT IS SO ORDERED.

Dated:   **December 1, 2020**          /s/ *Barbara A. McAuliffe*
                                       UNITED STATES MAGISTRATE JUDGE