# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DUWAYNE C., | Case No. 1:19-cv-01188-DAD-BAM |
| Plaintiff, | ORDER FOLLOWING SETTLEMENT; VACATING DATES AND DIRECTING PARTIES TO FILE DISPOSITIVE DOCUMENTS |
| v. | |
| MERCED CITY SCHOOL DISTRICT, et al., | |
| Defendants. | |

On December 15, 2020, this Court conducted a settlement conference during which the parties reached a settlement agreement.

Based upon the settlement of this action, it is HEREBY ORDERED that:

1. All pending matters and dates in this action are VACATED;

2. Plaintiff shall file a petition for minor's compromise within **thirty (30) days** of December 15, 2020; and

2. Dispositional documents shall be filed within **thirty (30) days** of the date of entry of the order granting the minor's compromise.

IT IS SO ORDERED.

Dated:   **December 16, 2020**

_____
UNITED STATES MAGISTRATE JUDGE

1