Micha Star Liberty (SBN 215687)
H. Larry Elam III (SBN 178836)
**LIBERTY LAW**
1970 Broadway, Suite 700
Oakland, CA 94612
Telephone: (510) 645-1000
Facsimile: (888) 645-2008
E-mail: team@libertylaw.com

Attorneys for Plaintiff DUWAYNE C.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DUWAYNE C., a minor, by and through his guardian ad litem REGINA SCHINDLER,<br><br>Plaintiffs,<br><br>v.<br><br>MERCED CITY SCHOOL DISTRICT, operating as CHARLES WRIGHT ELEMENTARY SCHOOL; OLIVIA ZARATE, an individual employee; KEN COOPER, an individual employee; VERONICA VILLA, an individual employee; BRIAN MEISENHEIMER, an individual employee; DOUG COLLINS, and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No. 1:19-CV-01188-DAD-BAM<br><br>**ORDER TO SEAL DOCUMENTS**<br><br><br><br>Courtroom:   Courtroom 8<br>Judge:          Hon. Barbara A. McAuliffe<br><br>Case Filed: February 13, 2019 |

**ORDER**

On consideration of Plaintiff's Request to Seal Documents, having reviewed the documents in question, with good cause appearing, it is hereby **ORDERED** that Plaintiff's Request to Seal Documents is GRANTED.

The Court orders as follows:

1) Counsel for Plaintiff shall, within seven days of the issuance of this order, e-mail to the Clerk, at ApprovedSealed@caed.uscourts.gov, the e-mail address for sealed documents

1

listed on the Court's website, an electronic copy of the documents covered by this order, in .pdf format as an attachment. The subject line of the e-mail shall include the case number and the body of the e-mail shall identify the order authorizing the sealing of the attached documents;

2) The Clerk shall file under seal the six-page Contingency Retainer Agreement between Plaintiff and counsel, which is attached as Exhibit A to the Declaration of Micha Star Liberty in Support of Plaintiff's Petition for Minor's Compromise.

IT IS SO ORDERED.

Dated: **January 15, 2021**              /s/ *Barbara A. McAuliffe*
                                         UNITED STATES MAGISTRATE JUDGE