UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DUWAYNE C., a minor, by and through his guardian ad litem REGINA SCHINDLER,<br><br>            Plaintiff,<br><br>    v.<br><br>MERCED CITY SCHOOL DISTRICT, et al.,<br><br>            Defendants. | Case No. 1:19-cv-01188-BAM<br><br>**ORDER DENYING REQUEST TO SEAL DOCUMENTS AS MOOT**<br><br>(Doc. 68) |

On May 20, 2021, Plaintiff submitted a Request to Seal Documents to the Court pursuant to Local Rule 141. (Doc. 68.) According to the Notice of Request to Seal Documents, Plaintiff seeks to submit the Contingency Retainer Agreement between Plaintiff and Liberty Law under seal to aid the Court in evaluating Plaintiff's petition for minor's compromise. (*Id.* at 2.)

The instant request is not necessary because the Contingency Retainer Agreement between Plaintiff and Liberty Law has already been filed under seal pursuant to Court order. (*See* Doc. 63, Order to Seal Documents.) Plaintiff is not required to re-submit or re-file the document. Accordingly, the pending request to seal documents is DENIED as moot. The Contingency

1

Retainer Agreement will remain filed under seal.

IT IS SO ORDERED.

Dated: **June 18, 2021**  /s/ *Barbara A. McAuliffe*
UNITED STATES MAGISTRATE JUDGE