UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DUWAYNE C., a minor, by and through his guardian ad litem REGINA SCHINDLER,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>MERCED CITY SCHOOL DISTRICT, et al.,<br><br>　　　　　Defendants. | Case No.  1:19-cv-01188-BAM<br><br>**ORDER GRANTING REQUEST FOR EXTENSION OF TIME FOR PLAINTIFF TO SUBMIT PROOF OF DEPOSIT**<br><br>(Doc.73) |

　　　　On June 24, 2021, the Court issued an order granting Plaintiff Duwayne C.'s ("Plaintiff") amended petition for approval of minor's compromise. (Doc. 72.) As part of that order, the Court directed Plaintiff, within thirty (30) days of the Court's order, to submit proof of deposit of the $25,214.73 distribution to Plaintiff in a blocked account at Chase Bank, 800 West Olive Avenue, Merced, CA 95348 and proof of funding of a structured settlement annuity for Plaintiff through Berkshire Hathaway Life Insurance Company of Nebraska in the amount of $515,000.00. The Court indicated that if Plaintiff required additional time to submit such proof, then a request for an extension of time should promptly be filed for the Court's consideration. (*Id.* at 2.)

　　　　On July 23, 2021, at the request of Plaintiff's counsel, Defendants submitted a request for a fourteen (14) day extension of time for Plaintiff to file proof of funding and deposit. (Doc. 73.)

1

Defendants explain that an extension is necessary due, in part, to the amount of time required for issuance of the checks, which prevented Plaintiff from depositing the blocked account funds by July 26, 2021. (*Id.*)

Having considered the request, and good cause appearing, the deadline for Plaintiff to file proof of deposit and proof of funding with this Court is extended an additional fourteen (14) days to **August 9, 2021**.

IT IS SO ORDERED.

Dated:   **July 26, 2021**                         /s/ *Barbara A. McAuliffe*
                                                  UNITED STATES MAGISTRATE JUDGE